IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM W. MASON and wife,
BARBARA MASON,

       Plaintiffs,

v.                                          Case No.: 3:08cv218/MCR/EMT

LIBERTY AMERICAN SELECT
INSURANCE COMPANY,

       Defendant.
_____

CHRISTOPHER J. KNOTT-CRAIG and
SHEILA D. KNOTT-CRAIG,

       Plaintiffs,

v.                                          Case No.: 3:08cv219/MCR/EMT

FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE COMPANY,
INC., a corporation,

       Defendant.
_____

JEANIE MOORE,

       Plaintiff,

v.                                          Case No.:3:08cv220/WS/MD

FIDELITY NATIONAL PROPERTY
AND CASUALTY INSURANCE
COMPANY, INC., a corporation,

       Defendant.
_____

## O R D E R

Upon a review of the papers filed in the above-captioned cases, the undersigned judges believe that these cases may present common questions of fact or law such that they should be consolidated under Federal Rule of Civil Procedure 42(a).  The parties shall advise the court within ten (10) days of the entry of this order if they have any objection to the consolidation of the three cases.

**DONE AND ORDERED** on this ___6th___ day of July, 2009.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**


s/ William Stafford
**WILLIAM STAFFORD**
**SENIOR UNITED STATES DISTRICT JUDGE**